IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LEMUEL POWELL<br>1724 Montello Avenue, NE<br>Washington, DC 20002<br><br>      Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 Fifth Street, NW<br>Washington, DC 20001<br><br>Serve On:<br>Patricia Y. Lee, Esq.<br>Office of General Counsel<br>600 Fifth Street, NW<br>Washington, DC 20001<br><br>      Defendant. | Civil Action No.: 2022 CA 000003 V |

## COMPLAINT

1. Jurisdiction of the Court is invoked pursuant to D.C. Code §11-921(a).

### COUNT I
### Vicarious Liability

2. On our about July 20, 2020, Plaintiff Lemuel Powell ("Plaintiff"), was lawfully operating his motor vehicle while stopped and parked on 5th Street, NW, in Washington DC.

3. On the same date and time, and at the same location, the bus operator of a vehicle owned by Defendant Washington Metropolitan Area Transit Authority ("WMATA"), suddenly and without warning failed to stay in their lane of travel, and struck the Plaintiff's vehicle that was lawfully stopped and parked on 5th Street, NW.

4. The aforementioned bus operator had a duty to operate Defendant WMATA's motor vehicle in a careful and prudent manner and with due regard for the safety of other

1

persons; notwithstanding that duty, the bus operator operated Defendant WMATA's vehicle in a negligent manner, and with a disregard for the safety of the Plaintiff.

5. The aforementioned bus operator failed to pay full time and attention to the operation of Defendant WMATA's vehicle, failed to operate Defendant WMATA's vehicle at a reasonable speed, failed to brake timely, failed to reduce their speed to avoid a collision, failed to control Defendant WMATA's vehicle, failed to see what was there to be seen, and operated Defendant WMATA's vehicle recklessly and with a reckless disregard for the consequences of such operation, and with a disregard for the rights and safety of Plaintiff and others, and in a manner likely to endanger the person and property of Plaintiff and others.

6. As a direct and proximate result of aforementioned bus operator's negligence, the Plaintiff has suffered, and will continue to suffer, severe and permanent physical injuries, permanent disability, great pain and suffering, and severe mental anguish and emotional distress.

7. As a further result of the aforementioned bus operator's negligence, the Plaintiff has incurred, and will continue to incur, substantial medical and related expenses, transportation costs, permanent impairment of his earning capacity, loss of time and enjoyment from his usual and customary leisure and recreational activities, and permanent impairment of his usual and customary leisure and recreational activities.

8. At all times relevant to this action, the aforementioned bus operator was working as an employee or agent for Defendant WMATA. Defendant WMATA is therefore vicariously liable for the aforesaid negligence of the bus operator and damages to the Plaintiff under the doctrine of respondeat superior. Defendant WMATA, as the owner of the vehicle operated by the bus operator, is also responsible for the aforesaid negligence of the bus operator and damages to the Plaintiff pursuant to D.C. Code § 50-1301.08.

WHEREFORE, the Plaintiff Lemuel Powell demands judgment from and against the Defendant Washington Metropolitan Area Transit Authority in the amount of Two Million Dollars ($2,000,000.00) in compensatory damages, plus interest from the date of occurrence, and costs.

Respectfully submitted,

/s/ *Jason R. Goren*
Jason R. Goren, #1673322
SLOCUMB LAW FIRM, LLC
1225 I Street, N.W. Suite 550A
Washington, D.C. 20005
Tel: (202) 737-4141
Fax: (202) 601-2479
jgoren@slocumblaw.com
ATTORNEY FOR PLAINTIFF

## JURY DEMAND

The Plaintiff hereby demands trial by a jury of six (6).

*/s/ Jason R. Goren*
Jason R. Goren

4